

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:06-CR-30(3)** |
| | § | |
| **GILBERTO VEGA** | § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate
Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal
Procedure.  Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule
of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea*
*Before the United States Magistrate Judge* [Clerk's doc. #790].  The Magistrate Judge recommended
that the Court accept Defendant's guilty plea and conditionally accept the plea agreement.  He further
recommended that the Court finally adjudge Defendant as guilty on **Count 1** of the Second
Superseding Indictment filed against Defendant in this cause.

The parties have not objected to the magistrate's findings.  The Court is of the opinion that
the *Findings of Fact and Recommendation on Guilty Plea* should be accepted.  It is, therefore,

–1–

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #790] of the United States Magistrate Judge are **ADOPTED.**   The plea agreement is conditionally accepted by the Court at this time.   It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Gilberto Vega, a/k/a "Tiny", is hereby adjudged as guilty on **Count 1** of the charging Second Superseding Indictment charging violations of Title 21, United States Code, Section 846.

   **SIGNED** this the 21 day of **March, 2007.**


Thad Heartfield
United States District Judge

–2–